UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MOZELL SWANSON,

        Plaintiff,

vs.

AGL RESOURCES, INC.,

        Defendant.

CIVIL ACTION FILE

NO. 1:05-cv-2620-CAP

## JUDGMENT

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 25th day of September, 2006.

                              JAMES N. HATTEN
                              CLERK OF COURT

                          By:  s/Elaine P. Moore
                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  September 25, 2006
James N. Hatten
Clerk of Court

By: s/Elaine P. Moore
      Deputy Clerk